# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
September 29, 2015

Lyle W. Cayce
Clerk

No. 14-20731
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SADAR DAKAR CADE,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-406-1

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Sadar Dakar Cade has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cade has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Cade's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to Cade later

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20731

raising them on collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

We have reviewed counsel's brief, the relevant portions of the record, and Cade's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.